In the Matter of the Estate of FRED ZIESS, Deceased. GERALD P. HALPERN, Respondent; ALAN ZIESS, Appellant. [959 NYS2d 438]—

Order, Surrogate's Court, New York County (Nora S. Anderson, S.), entered on or about October 28, 2011, which, among other things, granted petitioner's motion for partial summary judgment approving a portion of his accounting as co-executor of the deceased's estate, unanimously affirmed, without costs.

The Surrogate correctly determined that in calculating the commission due a fiduciary other than a trustee under SCPA 2307 (1) and (2), for receiving and paying money, the rents to be included in the definition of money received are gross rents (*Matter of Schinasi*, 277 NY 252 [1938]; *Matter of Amato*, 265 AD2d 548, 550 [2d Dept 1999]; *see* SCPA 2307 [6]).

We have considered objectant-appellant's remaining arguments and find them unavailing. Concur—Friedman, J.P., Sweeny, Renwick, Freedman and Román, JJ.